# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN DONATELLI,

Plaintiff,

v.

CAPITAL BANK N.A.,

Defendant and Third-Party Plaintiff,

v.

CHRISTOPHER J. DONATELLI, STEPHEN T. HARRISON, and DONATELLI & KLEIN INC.,

Third-Party Defendants.

Case No. 25-cv-715 (ABJ)

**AFFIDAVIT OF CHRISTOPHER J. DONATELLI**

I, Christopher J. Donatelli, swear and affirm:

1. My name is Christopher Donatelli.

2. I am over the age of 18 and competent to testify to the matters contained herein.

3. I am Karen Donatelli's former spouse. We married in 1995. A judge in D.C. Superior Court granted her petition for a divorce—which I did not contest—on or about April 25, 2025.

4. Ms. Donatelli and I jointly own a home at 3031 Gates Road NW, Washington DC, 20008, though I have not resided there for over a year.

5. On or about April 12, 2023, I executed, or caused to be executed, a number of closing documents that caused Capital Bank N.A. to place a lien on the property at 3031 Gates Road NW. Those documents included three signatures that purported to be Ms. Donatelli's:

   a. Page 23 of the Deed of Trust and Security Agreement;
   b. A Hazardous Waste and Toxic Substances Indemnification form; and

c. A W-9 Request for Taxpayer Identification Number and Certification form.

6. Ms. Donatelli did not sign those documents; I did. Ms. Donatelli never authorized me or anyone else to sign those documents on her behalf. When I caused those documents to be executed, I did not tell Ms. Donatelli that I was seeking a second mortgage on the house at 3031 Gates Road NW, let alone that I was signing documents in her name for that purpose.

I swear under penalty of perjury that the foregoing is true and correct.

DATED: 20th June 2025

Christopher J. Donatelli

STATE OF MARYLAND

COUNTY OF MONTGOMERY

Sworn to and subscribed before me by Christopher J. Donatelli (affiant) on this 20 day of June 2025.

(Notary Seal)

Notary Public

My Commission expires: May 1, 2027

DAVID KIM
Notary Public - State of Maryland
Montgomery County
My Commission Expires May 1, 2027