**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAREN DONATELLI,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL BANK N.A.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. DONATELLI, STEPHEN T. HARRISON, and DONATELLI & KLEIN INC.,<br><br>Third-Party Defendants. | Case No. 25-cv-715 (ABJ) |

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b)(2)(C) and this Court's Local Civil Rule 5.4(d)(2), I, Amelia J. Schmidt, certify that, on July 29, 2025, I caused Plaintiff Karen Donatelli's Response to the Court's Minute Order dated July 25, 2025 (ECF No. 23), to be served by first-class mail on the following parties that do not receive notifications via CM/ECF at the below last-known address:

| | |
|---|---|
| Donatelli & Klein, Inc.<br>7625 Wisconsin Avenue<br>Suite 214<br>Bethesda, MD 20814 | Christopher Donatelli<br>7625 Wisconsin Avenue<br>Suite 214<br>Bethesda, MD 20814 |

DATED: July 30, 2025

Respectfully submitted,

______/s/________________
Amelia J. Schmidt (DC Bar No. 1012380)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
(202) 640-2850
aschmidt@kaiserlaw.com

*Counsel for Karen Donatelli*