**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KAREN DONATELLI,

Plaintiff,

v.

CAPITAL BANK N.A.,

Defendant and Third-Party Plaintiff,

v.

CHRISTOPHER J. DONATELLI, STEPHEN T. HARRISON, and DONATELLI & KLEIN INC.,

Third-Party Defendants.

Case No. 25-cv-715 (ABJ)

**JOINT NOTICE IN RESPONSE TO COURT'S JULY 31, 2025 ORDER**

On July 31, 2025, the Court issued a Minute Order directing Plaintiff Karen Donatelli and Defendant Capital Bank to inform the Court whether they would prefer to be referred to a Magistrate Judge or the Court's alternative dispute resolution program. The parties, through undersigned counsel, have conferred and agree that they would prefer to be referred to a Magistrate Judge.

DATED: July 31, 2025

Respectfully submitted,

/s/ John R. Fischel
John R. Fischel (Bar No. 988309)
Brady, Fischel & Daily LLC
721 Melvin Avenue
Annapolis, Maryland 21401
Tel: (410) 216-9054
Fax: (410) 216-9034
john@bfdlegal.com

*Counsel for Defendant Capital Bank N.A.*

/s/ Amelia J. Schmidt
Amelia J. Schmidt (DC Bar No. 1012380)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
Tel.: (202) 640-2850
Fax: (202) 280-1034
aschmidt@kaiserlaw.com

*Counsel for Plaintiff Karen Donatelli*