**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KAREN DONATELLI<br><br>*Plaintiff*,<br><br>v.<br><br>CAPITAL BANK, N.A.<br><br>*Defendant*. | : | Case No. 25-CV-00715-ABJ |
| CAPITAL BANK, N.A.<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>CHRISTOPHER J. DONATELLI,<br>STEPHEN T. HARRISON, and<br>DONATELLI & KLEIN, INC.<br><br>*Third-Party Defendants*. | : | |

**JOINT STATUS REPORT**

COMES NOW, Third-Party Plaintiff Capital Bank, N.A. ("Capital Bank"), and Third-Party Defendant Stephen Harrison (hereinafter "Harrison"), and in response to the Court's Minute Order, dated December 23, 2025, requiring the parties to provide a further status report regarding further proceedings between Capital Bank, Harrison, Christopher Donatelli and Donatelli & Klein, Inc.

Only Capital Bank and Harrison have conferred, and the parties are still working through one remining issue that may resolve all claims contained in the Third-Party Complaint, including the claims against Harrison. The parties respectfully request an extension to January 12, 2026, in to work through these issues and respond to the Court Order.

WHEREFORE, Third-Party Plaintiff Capital Bank, N.A., and Third-Party Defendant Stephen Harrison respectfully request an extension to January 12, 2026, to provide a proposed schedule for further proceedings, and/or a report on resolution. DATED: December 22, 2025.

Respectfully submitted,

*/s/ Eileen M. O'Brien*
Eileen O'Brien, D.C. Bar No. 483451
BRAMNICK CREED, LLC
4550 Montgomery Ave., Suite 760N
Bethesda, Maryland 20814
(240) 752-8500
eobrien@bramnickcreed.com

*Counsel for Third-Party Defendant Stephen Harrison*

Respectfully submitted,

*/s/ John R. Fischel*
John R. Fischel, D.C. Bar No. 988309
BRADY, FISCHEL & DAILY, LLC
721 Melvin Avenue
Annapolis, Maryland 21401
(410) 216-9054
john@bfdlegal.com

*Counsel for Defendant Capital Bank, N.A.*