**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KAREN DONATELLI

*Plaintiff*,

v.

CAPITAL BANK, N.A.

*Defendant*.

CAPITAL BANK, N.A.

*Third-Party Plaintiff*,

v.

CHRISTOPHER J. DONATELLI,
STEPHEN T. HARRISON, and
DONATELLI & KLEIN, INC.

*Third-Party Defendants*.

Case No. 25-CV-00715-ABJ

**NOTICE REGARDING CROSSCLAIMS**

COMES NOW, Third-Party Defendant/Cross-Claimant Stephen Harrison (hereinafter "Harrison"), and in response to the Court's Minute Order, dated January 14, 2026, requesting clarification of the status of Harrison's crossclaims against Defendant Christopher Donatelli (hereinafter "Donatelli") in light of the recently filed dismissal of claims against Harrison, it is Harrison's position that his crossclaims against Donatelli are moot.

DATED: January 16, 2026

Respectfully submitted,

*/s/ Eileen M. O'Brien*

Eileen M. O'Brien, D.C. Bar No. 483451
Bramnick Creed, LLC
4550 Montgomery Ave., Suite 760N
Bethesda, Maryland 20814
(301) 945-7800
eobrien@bramnickcreed.com

*Counsel for Third-Party Defendant/Cross-Claimant Stephen Harrison*